B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Central District of California** | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Thinkfilm, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**98-0368996** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**10960 Wilshire Blvd, Suite 700**<br>**Los Angeles, CA 90024** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>FILED<br>MAR 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Los Angeles** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                      COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

ORIGINAL

Name of Debtor __Thinkfilm, LLC__

B5 (Official Form 5) (12/07) - Page 2

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _ATTORNEY_
Signature of Petitioner or Representative (State title)

**Dox Productions, Limited**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dox Productions, Limited
c/o Jeff Sanders, Esq.
Roberts Ritholz et al. LLP
235 Park Ave. South, 3d Fl.
New York, NY 10003

X _____  3/12/10
Signature of Attorney    Date

**Jeff Sanders, Esq.**
Name of Attorney Firm (If any)
Roberts Ritholz Levy Sanders Chidekel & Fields LLP
235 Park Ave. South, 3d Fl.
New York, NY 10003
Address
Telephone No. **(212) 448-1800**

X _____
Signature of Petitioner or Representative (State title)

**Screen Capital International Corp.**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Screen Capital International Corp.
David Molner, Director
345 North Maple Drive
Suite 294
Beverly Hills, CA 90210

X _____    Date
Signature of Attorney

**Levene, Neale, Bender Rankin & Brill LLP**
Name of Attorney Firm (If any)
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067
Address
Telephone No. **(310) 229-1234**

X _____
Signature of Petitioner or Representative (State title)

**Solar Filmworks, L.L.C.**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Hartford O. Brown, Esq.
Klinedinst PC
777 S. Figueroa St.
47th Floor
Los Angeles, CA 90017

X _____    Date
Signature of Attorney

**Klinedinst PC**
Name of Attorney Firm (If any)
777 S. Figueroa St.
47th Floor
Los Angeles, CA 90017
Address
Telephone No. **(213) 607-2115**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dox Productions, Limited<br>c/o Jeff Sanders, Esq.<br>Roberts Ritholz et al. LLP<br>235 Park Ave. South, 3d Fl.<br>New York, NY 10003 | Judgment (inclusive of interest and attorneys' fees through February 28, 2010 only) | 522,510.00 |
| Screen Capital International Corp.<br>345 North Maple Drive<br>Suite 294<br>Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Solar Filmworks, L.L.C.<br>c/o Hartford O. Brown, Esq.<br>Klinedinst PC<br>777 S. Figueroa St., 47th Floor<br>Los Angeles, CA 90017 | Profit Participation (Solar Filmworks, LLC has other claims and rights which are currently being pursued in litigation.) | 92,948.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 6,773,196.51 |

_1_ continuation sheets attached

Name of Debtor __Thinkfilm, LLC__

Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____  
Signature of Petitioner or Representative (State title)

**Dox Productions, Limited**  
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Dox Productions, Limited  
c/o Jeff Sanders, Esq.  
Roberts Ritholz et al. LLP  
183 Madison Ave., Penthouse  
New York, NY 10016

X_____  
Signature of Attorney                                                    Date

**Jeff Sanders, Esq.**  
Name of Attorney Firm (If any)  
Roberts Ritholz Levy Sanders Chidekel & Fields LLP  
183 Madison Ave., Penthouse  
New York, NY 10016  
Address  
Telephone No. **(212) 448-1800**

X _[signature]_ Marywyn Pi??v?? 3/10/10  
Signature of Petitioner or Representative (State title)

**Screen Capital International Corp.**  
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Screen Capital International Corp.  
David Molner, Director  
345 North Maple Drive  
Suite 294  
Beverly Hills, CA 90210

X _[signature]_ 3/12/10  
Signature of Attorney                                                    Date

**Levene, Neale, Bender Rankin & Brill LLP**  
Name of Attorney Firm (If any)  
10250 Constellation Boulevard  
Suite 1700  
Los Angeles, CA 90067  
Address  
Telephone No. **(310) 229-1234**

X_____  
Signature of Petitioner or Representative (State title)

**Solar Filmworks, L.L.C.**  
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Hartford O. Brown, Esq.  
Klinedinst PC  
777 S. Figueroa St.  
47th Floor  
Los Angeles, CA 90017

X_____  
Signature of Attorney                                                    Date

**Klinedinst PC**  
Name of Attorney Firm (If any)  
777 S. Figueroa St.  
47th Floor  
Los Angeles, CA 90017  
Address  
Telephone No. **(213) 607-2115**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dox Productions, Limited  
c/o Jeff Sanders, Esq.  
Roberts Ritholz et al. LLP  
183 Madison Ave., Penthouse  
New York, NY 10016 | Judgment | 522,510.00 |
| Screen Capital International Corp.  
345 North Maple Drive  
Suite 294  
Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Solar Filmworks, L.L.C.  
c/o Hartford O. Brown, Esq.  
Klinedinst PC  
777 S. Figueroa St., 47th Floor  
Los Angeles, CA 90017 | Profit Participation (Solar Filmworks, LLC has other claims and rights which are currently being pursued in litigation.) | 92,948.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  
6,773,196.51 |

__1__ continuation sheets attached

Name of Debtor __Thinkfilm, LLC__

B5 (Official Form 5) (12/07) - Page 2     Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____     X_____   Date
Signature of Petitioner or Representative (State title)     Signature of Attorney

**Dox Productions, Limited**                                 **Jeff Sanders, Esq.**
Name of Petitioner           Date Signed                     Name of Attorney Firm (If any)
                             Dox Productions, Limited        **Roberts Ritholz Levy Sanders Chidekel & Fields LLP**
Name & Mailing               c/o Jeff Sanders, Esq.          
Address of Individual        Roberts Ritholz et al. LLP      **183 Madison Ave., Penthouse**
Signing in Representative    **183 Madison Ave., Penthouse** **New York, NY 10016**
Capacity                     **New York, NY 10016**          Address
                                                             Telephone No. __(212) 448-1800__

                                                             X _[signature]_  3/12/10
                                                             Signature of Attorney            Date

X_____                    **Levene, Neale, Bender Rankin & Brill LLP**
Signature of Petitioner or Representative (State title)      Name of Attorney Firm (If any)

**Screen Capital International Corp.**                       **10250 Constellation Boulevard**
Name of Petitioner           Date Signed                     **Suite 1700**
                             Screen Capital International Corp.  **Los Angeles, CA 90067**
Name & Mailing               David Molner, Director          Address
Address of Individual        **345 North Maple Drive**       Telephone No. __(310) 229-1234__
Signing in Representative    **Suite 294**
Capacity                     **Beverly Hills, CA 90210**

                                                             X _[signature]_  3/11/10
                                                             Signature of Attorney            Date

X _[signature]_ , Attorney                                   **Klinedinst PC**
Signature of Petitioner or Representative (State title)      Name of Attorney Firm (If any)

**Solar Filmworks, L.L.C.**                                  **777 S. Figueroa St.**
Name of Petitioner           Date Signed                     **47th Floor**
                             Hartford O. Brown, Esq.         **Los Angeles, CA 90017**
                             Klinedinst PC                   Address
Name & Mailing               **777 S. Figueroa St.**         Telephone No. __(213) 607-2115__
Address of Individual        **47th Floor**
Signing in Representative    **Los Angeles, CA 90017**
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dox Productions, Limited<br>c/o Jeff Sanders, Esq.<br>Roberts Ritholz et al. LLP<br>183 Madison Ave., Penthouse<br>New York, NY 10016 | Judgment | 522,510.00 |
| Screen Capital International Corp.<br>345 North Maple Drive<br>Suite 294<br>Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Solar Filmworks, L.L.C.<br>c/o Hartford O. Brown, Esq.<br>Klinedinst PC<br>777 S. Figueroa St., 47th Floor<br>Los Angeles, CA 90017 | Profit Participation (Solar Filmworks, LLC has other claims and rights which are currently being pursued in litigation.) | 92,948.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>6,773,196.51 |

__1__ continuation sheets attached

Name of Debtor **Thinkfilm, LLC**
Case No.

B5 (Official Form 5) (12/07) - Page 2

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Clint Kendall, President_                         X _[signature]_      3/12/2010
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
                                                     Aaron Bloom
**Allied Advertising Limited Partnership**   3/11/2010   **Greenberg Glusker Fields et al. LLP**
Name of Petitioner                    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
AALP, Inc., General Partner
Clint Kendall, President
545 Boylston Street, 11th Floor
Boston, MA 02116

**1900 Ave. of the Stars, #2100**
**Los Angeles, CA 90067**
Address
Telephone No.   **(310) 553-3610**

X_____                         X_____    Date
Signature of Petitioner or Representative (State title)   Signature of Attorney

**10th & Wolf, LLC**                       Name of Attorney Firm (If any)
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jeffrey W. Tott, Managing Member
Barberry Farm
4 Barberry Road
Sewickley, PA 15143

Address
Telephone No.

X_____                         X_____    Date
Signature of Petitioner or Representative (State title)   Signature of Attorney

_____                          Name of Attorney Firm (If any)
Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Allied Advertising Limited Partnership<br>545 Boylston Street, 11th Floor<br>Boston, MA 02116 | Judgment<br>(inclusive of interest through March 1, 2010 only) | 4,530,683.31 |
| 10th & Wolf, LLC<br>10061 Riverside Dr.<br>Suite 101<br>Toluca Lake, CA 91602 | Judgment<br>(interest through October 27, 2009 only) | 1,033,055.20 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**6,773,196.51**

1 of 1 continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Name of Debtor __Thinkfilm, LLC__

Case No. _____

B5 (Official Form 5) (12/07) - Page 2

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____    X_____    Date
Signature of Petitioner or Representative (State title)    Signature of Attorney

__Allied Advertising Limited Partnership__    Date Signed    __Greenberg Glusker Fields et al. LLP__
Name of Petitioner    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
AALP, Inc., General Partner
Clint Kendall, President
545 Boylston Street, 11th Floor
Boston, MA 02116

1900 Ave. of the Stars, #2100
Los Angeles, CA 90067
Address
Telephone No. __(310) 553-3610__

X_____    X_____    Date
Signature of Petitioner or Representative (State title)    Signature of Attorney

__10th & Wolf, LLC__    3/10/10    _____
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Jeffrey W. Tott, Managing Member
Barberry Farm
4 Barberry Road
Sewickley, PA 15143

Address
Telephone No. _____

X_____    X_____    Date
Signature of Petitioner or Representative (State title)    Signature of Attorney

_____    Date Signed    _____
Name of Petitioner    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:

Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Allied Advertising Limited Partnership<br>545 Boylston Street, 11th Floor<br>Boston, MA 02116 | Judgment<br>(inclusive of interest through March 1, 2010 only) | 4,530,683.31 |
| 10th & Wolf, LLC<br>10061 Riverside Dr.<br>Suite 101<br>Toluca Lake, CA 91602 | Judgment<br>(interest through October 27, 2009 only) | 1,033,055.20 |
| | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**6,773,196.51**

__1__ of __1__ continuation sheets attached

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID L. NEALE (SBN 141225)<br>IRV M. GROSS (SBN 53659)<br>TODD M. ARNOLD (SBN 221868)<br>LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>*Attorney for Petitioner* | RECEIVED<br>MAR 17 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CASE NO.: |
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br><br>In re<br><br>THINKFILM, LLC,<br><br>Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on _____ in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 11 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 21 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

To the petitioner(s):

**IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 1010-1.**

**Kathleen J. Campbell, Clerk of Court**

Dated: _____    By: _____
*Deputy Clerk*

ORIGINAL

---
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

F 1010-1

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case - **F 1010-1**
Page 2 of 2

| In re THINKFILM, LLC, | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as <u>SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

**F 1010-1**