1  DAVID L. NEALE (SBN 141225)
   IRV M. GROSS (SBN 53659)
2  TODD M. ARNOLD (SBN 221868)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  E-mails: DLN@LNBRB.COM; IMG@LNBRB.COM, TMA@LNBRB.COM
6
7  Counsel for Certain Petitioning Creditors

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                       **LOS ANGELES DIVISION**
11

12  In re                          )  Case No. 2:10-bk-19912-BR
                                    )
13  THINKFILM, LLC,                 )  Chapter 11 Case
                                    )
14                 Alleged Debtor.  )
                                    )  **REQUEST FOR JUDICIAL NOTICE**
15                                  )  **IN SUPPORT OF EMERGENCY**
                                    )  **MOTION FOR AN ORDER**
16                                  )  **APPOINTING A TRUSTEE**
                                    )
17                                  )
                                    )
18                                  )  <u>Hearing Date:</u>
                                    )  Date:    [TBD]
19                                  )  Time:    [TBD]
                                    )  Place:   Courtroom 1668
20                                  )           255 E. Temple St.
                                    )           Los Angeles, CA
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )
26
27
28

1

1  Pursuant to Rule 201 of the Federal Rules of Evidence, (1) Screen Capital
2  International Corp. ("Screen Capital"), Dox Productions, Limited, Solar Filmworks, L.L.C.,
3  Allied Advertising Limited Partnership and 10th & Wolf, LLC, the petitioning creditors in the
4  above-captioned involuntary Chapter 11 case of Thinkfilm, LLC, (2) Screen Capital, Allied
5  Irish Bank, plc and Aramid Entertainment Fund Limited, the petitioning creditors in the
6  above-captioned involuntary Chapter 11 case of R2D2, LLC, (3) Screen Capital and Jeffery
7  A. Gaul, the petitioning creditors in the above-captioned involuntary Chapter 11 case of CT-1
8  Holdings, LLC, (4) Screen Capital, Studio Transportation Drivers Local, Steven E. Altman
9  and Writers Guild of America West, Inc., the petitioning creditors in the above-captioned
10 involuntary Chapter 11 case of Capitol Films Development, LLC, and (5) Screen Capital, Teri
11 Zimon, Jonathan K. Beal and David Tuckerman, the petitioning creditors in the above-
12 captioned involuntary Chapter 11 case of CapCo Group, LLC (collectively, the "Petitioning
13 Creditors"), hereby submit this Request For Judicial Notice in Support of Emergency Motion
14 for an Order Appointing a Trustee.[1]  The Petitioning Creditors request that this Court take
15 judicial notice of the following:

| Exhibit | Document |
|---------|----------|
| A | Involuntary Bankruptcy Petition against R2D2, LLC filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division |
| B | Involuntary Bankruptcy Petition against CT-1 Holdings, LLC filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division |
| C | Involuntary Bankruptcy Petition against CapCo Group, LLC filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division |
| D | Involuntary Bankruptcy Petition against Capitol Films Development, LLC filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division |

[1]  A court may take judicial notice of public records, including the records of any court of record of the United States or of any state of the United States. Fed. R. Evid. 201; see Pineda v. GMAC Mortgage, LLC, 2009 WL 1202885, at *1 (Bankr. C.D. Cal. Apr. 30, 2009) (citations to 9th Circuit case law omitted).

| | | |
|---|---|---|
| E | Involuntary Bankruptcy Petition against ThinkFilm, LLC filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division |
| F | Plaintiff's Motion for Summary Judgment filed in the District Court, Clark County, Nevada in <u>Mandalay Corp. v. David R. Bergstein</u> (Case No. A576280) |
| G | Dockets for actions initiated against ThinkFilm, LLC in state and federal courts in New York, California and Delaware over the past 5 years |
| H | Dockets for actions initiated against R2D2, LLC in state and federal courts in New York, California and Delaware over the past 5 years |
| I | Dockets for actions initiated against CT-1 Holdings, LLC in state and federal courts in New York, California and Delaware over the past 5 years |
| J | Dockets for actions initiated against CapCo Group, LLC in state and federal courts in New York, California and Delaware over the past 5 years |
| K | Dockets for actions initiated against Capitol Films Development, LLC in state and federal courts in New York, California and Delaware over the past 5 years |

Dated: March 17, 2010

LEVENE, NEALE, BENDER, RANKIN
& BRILL L.L.P.

*/s/ David L. Neale*
DAVID L. NEALE
IRV M. GROSS
TODD M. ARNOLD
Counsel for Certain Petitioning Creditors

3