FILED & ENTERED

NOV 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

LEONARD L. GUMPORT (Bar No. 86935)
lgumport@gumportlaw.com
ANDREW S. ROTTER (Bar No. 86725)
arotter@gumportlaw.com
PETER J. MASTAN (Bar No. 190250)
pmastan@gumportlaw.com
GUMPORT | MASTAN
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone: (213) 452-4900
Facsimile: (213) 623-3302

Attorneys for Ronald L. Durkin,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THINKFILM, LLC,<br><br>Debtor. | **Bk. No. 2:10-bk-19912-BR**<br><br>**CHAPTER 11**<br><br>**ORDER DENYING MOTION FILED BY LIBRARY ASSET ACQUISITION CO., LTD. FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**DATE:** October 26, 2010<br>**TIME:** 2:00 P.M.<br>**PLACE:** Courtroom 1668<br>255 E Temple Street<br>Los Angeles, CA 90012<br>(Hon. Barry Russell) |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

On October 26, 2010, on the 2:00 p.m. calendar, in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, 16th Floor, Los Angeles, California 90012, the Honorable Barry Russell, United States Bankruptcy Judge, conducted a hearing on the motion (the "Motion") for relief from the automatic stay filed on October 1, 2010 by Library Asset Acquisition Co., Ltd.  Leonard L. Gumport of Gumport | Mastan appeared on behalf of Ronald L. Durkin, chapter 11 trustee of the bankruptcy estate of Thinkfilm, LLC and interim chapter 11 trustee of the bankruptcy estate of CT-1 Holdings, LLC.  All other appearances were as stated on the record.

The Court, having considered the Motion and, except as specified on the record as to rulings on evidentiary objections, all pleadings filed in support of the Motion an in opposition thereto, and for the reasons stated on the record, hereby denies the Motion.

**IT IS SO ORDERED.**

DATED: November 19, 2010

_____
United States Bankruptcy Judge

| In re: THINKFILM, LLC, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-19912-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

GUMPORT | MASTAN, 550 South Hope Street, Suite 825, Los Angeles, CA 91107-2627

A true and correct copy of the foregoing document described as: **ORDER DENYING MOTION FILED BY LIBRARY ASSET ACQUISITION CO., LTD. FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **November 19, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X** Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 4, 2010** | **KATHLEEN MAROSY** | /s/ Kathleen Marosy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **9013-3.1**

| In re: THINKFILM, LLC, | | CHAPTER: | 11 |
|---|---|---|---|
| | Debtor(s). | CASE NUMBER: | 2:10-bk-19912-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**[SERVED BY FIRST CLASS U.S. MAIL]**

**OFFICE OF THE U.S. TRUSTEE**
Russell Clementson, Esq.
Office of the U.S. Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

**INTERIM TRUSTEE**
Ronald L. Durkin, CPA
Durkin Forensic Incorporated
601 S. Figueroa Street, Suite 2080
Los Angeles, CA  90017

**COUNSEL TO ALLEGED DEBTORS**
Joseph A. Eisenberg, Esq.
Thomas Geher, Esq.
Jeffer, Mangels, Butler & Mitchell, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

**COUNSEL TO BY LIBRARY ASSET ACQUISITION COMPANY, LTD.**
Jeffrey K. Garfinkle, Esq.
Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA 92612

**COUNSEL TO LIONS GATE FILMS INC., AND LIONS GATE ENTERTAINMENT**
Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

**COUNSEL TO PETITIONING CREDITORS**
David L. Neale, Esq.
Irv M. Gross, Esq.
Todd M. Arnold, Esq.
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

**COUNSEL TO IMAGE ENTERTAINMENT, INC.**
Vince Ravine, Esq.
Law Offices of Vince Ravine, P.C.
655 Louise Avenue
Lake Balboa, CA 91406

**COUNSEL TO DIRECTORS GUILD OF AMERICA, INC., SCREEN ACTORS GUILD OF AMERICA, WEST, INC., DIRECTORS GUILD OF AMERICA-PRODUCER PENSION AND HEALTH PLANS, SCREEN ACTORS GUILD-PRODUCER PENSION AND HEALTH PLANS, WRITERS GUILD-INDUSTRY HEALTH FUND AND PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, AND MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS.**
Joseph Kohanski, Esq. and David Ahdoot, Esq.
Bush Gottlieb Singer Lopez Kohanski
  Adelstein & Dickinson
500 N. Central Avenue, Suite 800
Glendale, CA 91203-3345

**[SERVED BY FEDERAL EXPRESS]**

**UNITED STATES BANKRUPTCY COURT**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 9001

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **9013-3.1**

| In re: THINKFILM, LLC, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-19912-BR |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify): **ORDER DENYING MOTION FILED BY LIBRARY ASSET ACQUISITION CO., LTD. FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 4, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**X** Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**X** Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: THINKFILM, LLC, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-19912-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| | |
|---|---|
| David E Ahdoot | dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com |
| Steven A Alpert | cacbefile@pricelawgroup.com |
| Todd M Arnold | tma@lnbrb.com |
| David M Bass | dbass@basslawla.com |
| Hartford O Brown | hbrown@klinedinstlaw.com |
| John P Byrne | John.Byrne@byrnelaw.biz |
| Jennifer S Chang | jsc@birdmarella.com, krw@birdmarella.com |
| Sara Chenetz | chenetz@blankrome.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Joseph A Eisenberg | jae@jmbm.com |
| Jeffrey K Garfinkle | bkgroup@buchalter.com, jgarfinkle@buchalter.com |
| Philip A Gasteier | pag@lnbrb.com |
| Thomas M Geher | tmg@jmbm.com |
| Irving M Gross | img@lnbrb.com, angela@lnbrb.com |
| Leonard L Gumport | lgumport@gumportlaw.com |
| Michael C Heinrichs | mheinrichs@omm.com |
| Joseph A Kohanski | jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com |
| Jeffrey A Krieger | jkrieger@ggfirm.com |
| Richard Levy | rlevy@pryorcashman.com |
| Michael S Lurey | michael.lurey@lw.com, colleen.rico@lw.com |
| Michael L Martucci | Michael@radlegal.com |
| Peter J Mastan | pmastan@grlegal.com |
| Hayes F. Michel | hmichel@bakerlaw.com |
| David L. Neale | dln@lnbrb.com |
| Timothy R Pomeroy | tpomeroy@klinedinstlaw.com |
| Vince Ravine | vince@vravinelaw.com |
| Andrew S. Rotter | arotter@gumportlaw.com |
| Mark M Sharf | mark@sharflaw.com, msharf00@gmail.com |
| Adam M Starr | starra@gtlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| David Weinstein | david.weinstein@hro.com |
| Sharon Z Weiss | sharon.weiss@hro.com |
| Joseph M Welch | jwelch@buchalter.com |

**[SERVED BY FIRST CLASS U.S. MAIL]**

**INTERIM TRUSTEE**
Ronald L. Durkin, CPA
Durkin Forensic Incorporated
601 S. Figueroa Street, Suite 2080
Los Angeles, CA  90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                      **F 9021-1.1**