

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

ORDER No. _____
CHAPTER   11
APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Christopher O. Rivas     Attorney Bar# 238765
Law Firm: Reed Smith LLP
Mailing Address: 355 S. Grand Ave., Suite 2900, Los Angeles, CA  90071

Person to Contact: Christopher O. Rivas
Telephone: (213) 457-8019     E-mail: crivas@reedsmith.com
Bankruptcy Case #: 2:10-19912, et al     Adversary Proceeding #/MP #: Multiple
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 04/28/2015   Time: 10:00 am
Debtor: Thinkfilm LLC, et al.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: B. Russell     Courtroom #: LA 1668
**TRANSCRIBER:** Echo Reporting     **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)     ☒ Entire Hearing
☐ 14 Days                ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)     ☐ Testimony of Witness _____
☒ Daily (24 hours)       ☐ Other* _____  (name of witness)

*Special Instructions: Hearing on calendar items #1 - 50 in related bankruptcy cases and adversary cases.

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____   Division: .   Processed by: _____

## NOTE TO TRANSCRIBER

\*\*Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote prior to commencement of work.

*Rev. Nov. 25, 2013. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*